PROB 12B
(7/93)

Report Date: January 5, 2010

## United States District Court

for the

### Eastern District of Washington

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Elizabeth Ann Thomas                Case Number: 2:09CR00171-001

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle

Date of Original Sentence: 02/17/2006                 Type of Supervision: Supervised Release

Original Offense: Conspiracy to Distribute            Date Supervision Commenced: 01/11/2008
Methamphetamine, 26 U.S.C. § 846 (b)(1)(A)

Original Sentence: Prison - 48 months;                Date Supervision Expires: 01/10/2012
TSR - 48 months

### PETITIONING THE COURT

To modify the conditions of supervision as follows:

22   You shall complete 8 hours of community service work, at the rate of not less than 4 hours per month at a not-for-profit site approved in advance by the supervising probation officer. The hours are to be completed in full no later than April 5, 2010.

### CAUSE

On November 3, 2009, the undersigned officer contacted Ms. Thomas at her residence. Observed in plain view at the time of contact was alcohol. When questioned, Ms. Thomas admitted to consuming alcohol and she submitted to a blood alcohol content test which yielded positive findings for alcohol. Ms. Thomas advised she was aware that her conditions of supervision prohibit alcohol consumption. Following this incident, the offender submitted to an updated substance abuse evaluation, and no further counseling was recommended. The frequency of her urinalysis testing has also been increased.

It should be noted that the delay in reporting this information and requesting action was a result of the transfer of jurisdiction process, as the defendant's instant offense occurred in the Southern District of Iowa.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   1-5-2010

Richard Law
U.S. Probation Officer

Prob 12B
Re: Thomas, Elizabeth Ann
January 5, 2010
Page 2

THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

*Fred Van Sickle*
Signature of Judicial Officer

*March 8, 2010*
Date

PROB 49
(3/89)

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

22    You shall complete 8 hours of community service work, at the rate of not less than 4 hours per month at a not-for-profit site approved in advance by the supervising probation officer. The hours are to be completed in full no later than April 5, 2010.

Witness: _____    Signed: _____
         Richard Law                          Elizabeth Ann Thomas
         U.S. Probation Officer               Probationer or Supervised Releasee

                    January 5, 2010
                         Date